

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 20, 2019**

_____
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: | |
| MONIQUE FOSTER | CASE NO. 19-30239-bjh13 |
| DEBTOR | Final Hearing: September 3, 2019 at 9:30 a.m. |

## Order Temporarily Denying Speedway Loans, Inc.'s Motion for Relief from the Automatic Stay and for Final Hearing

Came on for consideration the Motion for Relief from the Automatic Stay [doc 94] (the "Motion") filed on August 7, 2019 by Speedway Loans, Inc. ("Speedway Loans"). On August 15, 2019, Debtor appeared through her attorney of record and Creditor Speedway Loans appeared through its attorney of record. The Court, having heard the arguments of

Order Setting Motion for Relief from the Automatic Stay for Final Hearing        Page 1

counsel and considered the Motion, is of the opinion that the Motion is temporarily denied and should be carried to final hearing. It is therefore,

ORDERED that the Motion for Relief from the Automatic Stay filed by Speedway Loans should be, and is temporarily denied. It is further,

ORDERED that the Motion for Relief from the Automatic Stay filed by Speedway Loans should be, and is hereby, set for a Final Hearing on **September 3, 2019 at 9:30 a.m.** It is further,

ORDERED that Speedway Loans retain possession and maintain the condition of the Vehicle until said Final Hearing or further order of this court.

###END OF ORDER###


PREPARED BY:


/s/ Robert J. Reagan
Robert J. Reagan
State Bar No. 16630980
REAGAN McLAIN & HATCH, LLP
White Rock Tower, Suite 300
6510 Abrams Rd.
Dallas, Texas 75231
(214) 691-6622
(214) 691-2984 (FAX)
bob@reaganmclain.com

*Attorneys for Speedway Loans, Inc.*


**Order Setting Motion for Relief from the Automatic Stay for Final Hearing    Page 2**